UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WHITEHALL PRODUCTS LLC,
a Florida limited liability company

       Plaintiff,

v.                             Case No.: 21-cv-1537

STUSA SUPPLY GROUP, LLC,
a Georgia limited liability company;
CHRIS LINCECUM; LUCAS PAYNE;
and GAVIN MCCLEARY,

       Defendants.
_____/

## MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND ADD ROGER STELLA AND STUSA SUPPLY, LLC AS DEFENDANTS

Plaintiff, Whitehall Products LLC ("Whitehall"), pursuant to Rule 15(a)(2), Federal Rule of Civil Procedure, and, Local Rule 3.01, files its Motion for Leave to File Third Amended Complaint and states:

1. Whitehall seeks leave to amend to file its Third Amended Complaint due to recently discovered information.

2. On August 22, 2022, Defendants filed their Answer and Affirmative Defenses [Dkt. 41] to Plaintiff's Second Amended Complaint that alleges the existence of a predecessor entity to STUSA Supply Group, LLC, STUSA Supply, LLC. Defendants now assert, *inter alia*, STUSA Supply, LLC conducted

17967612v1

"preliminary communications about a prospective business opportunity that occurred on behalf of STUSA Supply Group, LLC"; "[t]he alleged STUSA partnership does not exist"; and, "Lincecum sent Plaintiff a written quotation on behalf of STUSA Supply, LLC." *See* Dkt. 41, ¶¶ 24, 25, & 29. Prior to receipt and review of the Answer and Affirmative Defenses [Dkt. 41], Plaintiff had no knowledge regarding the purported existence of STUSA Supply, LLC and Defendants' intention to claim STUSA Supply, LLC, had any involvement in the transaction prior to the formation of STUSA Supply Group, LLC.

3. On October 3, 2022, STUSA Supply Group, LLC served interrogatory answers and Plaintiff learned for the first time of Roger Stella's status as a member of both STUSA Supply, LLC and STUSA Supply Group, LLC. Significantly, Plaintiff had a pre-existing business relationship with another company involving Roger Stella ("Stella"). Stella vouched for "STUSA" prior to the formation of either STUSA Supply, LLC or STUSA Supply Group, LLC but none of the current or proposed Defendants disclosed the relationships between Stella and the Defendants.

4. On October 7, 2022, Plaintiff deposed Chris Lincecum. During his deposition, Mr. Lincecum testified regarding facts, circumstances, and events unknown to Plaintiff, and further answered questions regarding documents produced during discovery.

5. On October 13, 2022, the Court entered an Endorsed Order [Dkt. 44] granting the Motion to Modify Scheduling Order. The Motion to Modify Scheduling Order requested an extension of the pleading amendment and new party deadline until October 31, 2022

6. The foregoing provides a factual basis to amend the causes of action and add Stella and STUSA Supply, LLC as Defendants.

7. Plaintiff seeks leave to file the Third Amended Complaint attached as **Exhibit 1**.

8. Plaintiff incorporates by reference the Memorandum of Law below.

WHEREFORE, Plaintiff, Whitehall Products LLC, requests leave of Court to file its Third Amended Complaint and seeks any other relief this Court deems just and equitable under the circumstances.

## MEMORANDUM OF LAW

Rule 15(a)(2), of the Federal Rules of Civil Procedure, provides "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Leave to amend should be freely granted so cases are decided on the merits. *See Foman v. Davis*, 371 U.S. 178 (1962). Leave to amend should be granted unless the amendment is futile, unduly prejudicial to the opposing party, or where bad faith or undue delay is present. *Foman*, 371 U.S. at 182.

Here, there is no basis to deny Plaintiff's request for leave to file the Third Amended Complaint. The amendment is not futile, unduly prejudicial to the opposing party, or filed in bad faith or for the purpose of undue delay. The material misrepresentations and omissions of the Defendants induced Plaintiff to enter transactions. Defendants are aware of the facts and circumstances alleged in the Third Amended Complaint and Defendants have yet to depose Plaintiff's representative or disclose any expert witness or report.[1] The Endorsed Order [Dkt. 44] permits amended pleadings and the addition of new parties at this time.

Accordingly, this Court should grant Plaintiff leave to file its Third Amended Complaint (a copy of which is attached as **Exhibit A**), deem the Third Amended Complaint filed and served upon the existing Defendants, issues Summonses for Roger Stella and STUSA Supply, LLC, and require each Defendant to respond to the Third Amended Complaint in accordance with the Federal Rules of Civil Procedure.

## LOCAL RULE 3.01(g) Certification

On October 27, 2022, counsel for the Movant conferred with defense counsel. Defense counsel does not consent to the relief sought in the Motion.

---

[1] It is unlikely this action will involve any expert witness.

        **SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Brian W. Schaffnit*
   JAIME AUSTRICH, ESQ.
   Florida Bar No. 84565
   jaustrich@shumaker.com
   dgregory@shumaker.com
   BRIAN W. SCHAFFNIT, ESQ.
   Florida Bar No. 582972
   bschaffnit@shumaker.com
   mdesilles@shumaker.com
   THOMAS F. McDONNELL, JR., ESQ.
   Florida Bar No. 85776
   tmcdonnell@shumaker.com
   dmazzarella@shumaker.com
   101 East Kennedy Boulevard - Suite 2800
   Tampa, Florida 33602
   PH:  (813) 229-7600
   FAX:  (813) 229-1660
   *Counsel for Whitehall Products LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

        */s/ Brian W. Schaffnit*
         Attorney